# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **CRAIG WUBBEN and KRISTIE WUBBEN,** | Case No. 6:08-cv-1105-Orl-22DAB |
| **MICHAEL R. THEILE,** | Case No. 6:08-cv-1108-Orl-22DAB |
| **ALEJANDRO and SHARRI SANTANA,** | Case No. 6:08-cv-1110-Orl-22DAB |
| **DANIEL L. JAMES,** | Case No. 6:08-cv-1501-Orl-22DAB |
| **JIM and CAROL GRIMPE,** | Case No. 6:08-cv-1740-Orl-22DAB |

          **Plaintiffs,**

-vs-

**RALPH KIRKLAND; KEN FRANKLIN, JR. ; CC, LLC; CONSOLIDATED CONVERSIONS, LLC and LEGACY GRAND HOLDINGS, LLC,**

          **Defendants.**

_____

## ORDER AND REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **MOTION TO DISSOLVE WRITS OF GARNISHMENT (Doc. No. 145)**
>
> **FILED:**       **June 13, 2012**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

> **MOTION:** **MOTION FOR SUMMARY JUDGMENT OF GARNISHMENT - BANK OF AMERICA ACCOUNTS 9654, 1636, 0394 (Doc. No. 150)**
>
> **FILED:** June 14, 2012
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED as moot**, pursuant to the parties' Stipulation. Doc. 175.
>
> **MOTION:** **AMENDED MOTION TO DISSOLVE WRITS OF GARNISHMENT (Doc. No. 166)**
>
> **FILED:** July 3, 2012
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiffs who hold judgments against Defendant Franklin obtained writs of garnishment against three Bank of America accounts[1] among others now dismissed[2]. Plaintiffs sought summary judgment on the garnishments, and Franklin sought to dissolve the writs. The parties have reached a Stipulation regarding disposition of the $9,217.75 in the three accounts.

It is respectfully **RECOMMENDED** that Plaintiffs' Motion for Summary Judgment of Garnishment - Bank of America Accounts 9654, 1636, 0394 be **DENIED as moot** and the Clerk be directed to enter a final judgment of garnishment against Bank of America, N.A., to disburse the sum of $9,217.75 as follows: (1) $7,217.75 to Plaintiffs, care of their counsel of record; and, (2) $2,000 to Kenneth W. Franklin, Jr., care of his counsel of record. *See* Doc. 175.

The hearing scheduled for July 27, 2012 is cancelled.

---

[1] Account numbers ending in 9654, 1636, and 0394.

[2] Plaintiffs have voluntarily dismissed their garnishment claims against the SunTrust account and the Amerprise Financial Services, Inc. accounts. Doc. 134, 174. Plaintiffs previously filed a Notice of Limited Voluntary Dismissal Without Prejudice for the other two Bank of America accounts, 5933 and 0678.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 26, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties