# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| **CRAIG WUBBEN and KRISTIE WUBBEN,** | Case No. 6:08-cv-1105-Orl-22DAB |
| **MICHAEL R. THEILE,** | Case No. 6:08-cv-1108-Orl-22DAB |
| **ALEJANDRO and SHARRI SANTANA,** | Case No. 6:08-cv-1110-Orl-22DAB |
| **DANIEL L. JAMES,** | Case No. 6:08-cv-1502-Orl-22DAB |
| **JIM and CAROL GRIMPE,** | Case No. 6:08-cv-1740-Orl-22DAB |

          **Plaintiffs,**

-vs-

**RALPH KIRKLAND; KEN FRANKLIN, JR. ; CC, LLC; CONSOLIDATED CONVERSIONS, LLC and LEGACY GRAND HOLDINGS, LLC,**

          **Defendants.**

## ORDER

This cause is before the Court on Plaintiffs' Motion for Summary Final Judgment of Garnishment (Doc. No. 150) filed on June 14, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED as moot, pursuant to the parties' Stipulation (Doc. No. 175).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed July 26, 2012 (Doc. No. 177), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Plaintiffs' Motion for Summary Final Judgment of Garnishment (Doc. No. 150) is hereby DENIED as moot.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on August 9, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties